IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-023-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    JASON SPURLOCK**,

    Defendant.

---

## ORDER DENYING SECOND MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM

---

This matter is before the Court on Defendant's Second Motion to Terminate Defendant's Supervised Release Term (ECF No. 10). The Court, having reviewed the Motion, as well as the Responses from the Government and Probation Department, ORDERS as follows:

The Defendant's Motion is DENIED for lack of sufficient good cause shown.

Dated this 1st day of September, 2017.

BY THE COURT:

_____
William J. Martinez
United States District Judge